# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**V.**

                                                                                     **Case No. 1:21mj27**

**GEORGE TANIOS,**

    **Defendant.**

## ORDER APPOINTING CO-COUNSEL

The above-named defendant, having been found to be indigent and entitled to Appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is ORDERED, Federal Public Defender, Beth Gross, of 230 West Pike Street, Huntington Bank, Ste. 360, Clarksburg, West Virginia 26301, Telephone No. (304) 622-3823, is hereby APPOINTED to represent the defendant in this action.

The Clerk is directed to forward a copy of this Order to the defendant, the Office of The Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: March 15, 2021

_____
MICHAEL J. ALOI
UNITED STATES MAGISTRATE JUDGE