UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                               CASE NO. 1:21MJ27

GEORGE PIERRE TANIOS,

    Defendants.

## MOTION TO CONTINUE DETENTION HEARING

Comes now, the Defendant, George Pierre Tanios, through his attorney, Elizabeth B. Gross, Assistant Federal Public Defender, and moves this Honorable Court, to continue the detention hearing currently scheduled for Thursday, March 18, 2021, in Clarksburg, West Virginia. In support, Defendant states the following:

Mr. Tanios appeared in front of United States Magistrate Judge Aloi on March 15, 2021 for an initial appearance. Mr. Tanios briefly met with undersigned counsel prior to the hearing. Mr. Tanios requested to have his preliminary and detention hearing here, in the Northern District of West Virginia, where he resides, instead of in the District of Columbia.

In order for undersigned to meet with Mr. Tanios and prepare for the requested hearing, undersigned needs an extension of time until Monday, March 22, 2021. Undersigned believes this additional time will allow for Mr. Tanios to prepare for his hearing effectively.

Mr. Tanios understands he has a right to his hearing on the date the Court originally scheduled for Thursday, March 18, 2021, however, Mr. Tanios also understands it is in his best interest to allow counsel the additional time to prepare for the most effective hearing.

WHEREFORE, Mr. Tanios respectfully asks this court to continue the detention hearing for Monday, March 22, 2021.

                                          Respectfully submitted,

                                          **GEORGE PIERRE TANIOS**

By:    /s/ Elizabeth B. Gross
          Elizabeth B. Gross
          WV State Bar No. 11567
          Federal Public Defender
          Office 230 West Pike Street,
          Suite 360
          Clarksburg, West Virginia 26302
          Tel. (304) 622-3823
          Fax. (304) 622-4631
          E-Mail: Beth_gross@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on March 16, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of West Virginia, which will send notification of such filing to the following CM/ECF user:

**Sarah Wagner, AUSA**
**United States Attorney's Office**
**Wheeling, WV**

By:    s/ Elizabeth B. Gross
        Elizabeth B. Gross
        WV State Bar No. 11567
        Federal Public Defender Office
        230 West Pike Street, Suite 360
        Clarksburg, West Virginia 26302
        Tel. (304) 622-3823
        Fax. (304) 622-4631
        E-Mail: Beth_Gross@fd.org