# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| vs. | Case No.: 1:21-MJ-27 |
| | (JUDGE ALOI) |
| **GEORGE PIERRE TANIOS,** | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION TO SEAL [ECF NO. 20]

Presently pending before the Court is Defendant's motion to seal, filed on March 19, 2021. [ECF No. 20]. By this motion, Defendant requests to seal his response to the Government's motion for pre-trial detention. For the reasons set forth therein, Defendant's motion is **GRANTED**. It is so **ORDERED**. It is further **ORDERED** that Defendant's response to the Government's motion for pre-trial detention shall be placed under seal.

The Court directs the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**ENTERED: March 22, 2021.**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE