# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **Cheryl Dean Riley**<br>Clerk of Court | **OFFICE OF THE CLERK OF COURT**<br>**POST OFFICE BOX 471**<br>**WHEELING, WEST VIRGINIA 26003**<br>**(304) 232-0011**<br>**Facsimile (304) 233-2185** | **Michelle Widmer-Eby**<br>Chief Deputy Clerk |

Office of the Clerk of the Court:
Care of Hon. Thomas F. Hogan
333 Constitution Avenue Northwest
 Washington, DC 20001

March 31, 2021

                                           Re: USA v. George Pierre Tanios
                                           WVND Case Number 1:21mj27
                                           Your case number is: 1:21 cr 222

Dear Judge Hogan:

      Pursuant to your office's request, this correspondence is in reference to the above-styled case in which this court held a Rule 5 Arrest and Detention Hearing. Pursuant to our notice filed in CM/ECF on March 23, 2021, all public documents for this case can be obtained by your court via PACER. If your court needs to obtain any restricted documents filed in this court, please email [InterdistrictTransfer_WVND@wvnd.uscourts.gov](mailto:InterdistrictTransfer_WVND@wvnd.uscourts.gov).

      In addition, as you have requested, we are enclosing herewith one (1) thumb drive marked US v Tanios which was produced by the USA in these proceedings.  Further copies should be obtained from the USA.

Sincerely,


Cheryl Dean Riley,
Clerk

by: J. Schoonover Deputy Clerk
Enc.  Thumb Drive